422 A.2d 698

Indian Mountain Lake Civic Association, Inc., Appellant, v. Davidson et al., and Pleasant Valley Builders, Inc.

622

 Argued
December 5, 1978. William H. Robinson, Jr., for appellant;
Michael L. Ozalas, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.